AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| RYAN RICHARDS, RUBA AYOUB, BRANDY TERBAY AND TRACY CUMMINGS, on behalf of themselves and all others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>CHIME FINANCIAL, INC., GALILEO FINANCIAL TECHNOLOGIES, INC., and THE BANCORP INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:19-cv- 6864-HSG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHIME FINANCIAL, INC., 77 MAIDEN LANE, FL 6, SAN FRANCISCO CA 94108

GALILEO FINANCIAL TECHNOLOGIES, INC., 6510 S Millrock Ste 300 Salt Lake City, UT 84121

THE BANCORP INC., 409 Silverside Road, Wilmington, Delaware, 19809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua H Watson, jwatson@justice4you.com, Clayeo C. Arnold, APC
865 Howe Ave, Sacramento, CA 95825, (916) 777-7777.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

Date: 10/23/2019

*Signature of Clerk or Deputy Clerk*