1    THOMAS P. BROWN  (SB# 182916)
      tombrown@paulhastings.com
2    SEAN D. UNGER  (SB# 231694)
      seanunger@paulhastings.com
3    ABIGAIL H. WALD  (SB# 309110)
      abigailwald@paulhastings.com
4    PAUL HASTINGS LLP
      101 California Street
5    Forty-Eighth Floor
      San Francisco, California  94111
6    Telephone:  1(415) 856-7000
      Facsimile:  1(415) 856-7100

7

8    Attorneys for Defendants
      CHIME FINANCIAL, INC. and
      THE BANCORP INC.

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  OAKLAND DIVISION

13

| | |
|---|---|
| RYAN RICHARDS, RUBA AYOUB, BRANDY TERBAY AND TRACY CUMMINGS, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>    vs.<br><br>CHIME FINANCIAL, INC., GALILEO FINANCIAL TECHNOLOGIES, INC., and THE BANCORP INC.,<br><br>          Defendants. | Case No. 4:19-cv-06864-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER FOR STAY PENDING SETTLEMENT CONFERENCE**<br><br><br>Judge:          Hon. Haywood S. Gilliam, Jr.<br>Complaint Filed:  October 22, 2019 |

1    Pursuant to the United States District Court, Northern District of California Civil Local

2    Rules 7-12 and 16-8(c), Plaintiffs Ryan Richards, Ruba Ayoub, Brandy Terbay and Tracy

3    Cummings ("Plaintiffs"), and Defendants Chime Financial, Inc., Galileo Financial Technologies,

4    Inc., and The Bancorp Inc. (collectively, "Defendants"), by and through their respective counsel,

5    stipulate and agree as follows:

6         1.    WHEREAS, Plaintiffs filed their initial Complaint on October 22, 2019, and

7    Defendants have either been served or agreed to accept service;

8         2.    WHEREAS, the parties have met and conferred and consistent with the Northern

9    District of California's Local ADR rules, have agreed to request a referral to a Magistrate Judge

10   for a settlement conference pursuant to ADR Local Rule 7-2 in advance of the initial case

11   management conference pursuant to Local Civil Rule 16-8(a);

12        3.    WHEREAS, in an effort to conserve both court and party resources during the

13   ADR Local Rule 7-2 referral, the parties agree: (a) to request to stay the deadline on Defendants'

14   time to answer or respond to Plaintiffs' Complaint for approximately 120 days through March 27,

15   2020 pending completion of the ADR Local Rule 7-2 referral; (b) to request to continue the

16   currently scheduled January 21, 2020 case management conference until a date after March 27,

17   2020; and (c) to request that the matter otherwise be stayed in its entirety for approximately 120

18   days through March 27, 2020 pending completion of the ADR Local Rule 7-2 referral;

19        4.    WHEREAS, the parties have agreed to request Magistrate Judge Laurel Beeler as

20   their settlement conference judge;

21        NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,

22   through their respective counsel, that:

23        (a) This matter shall be referred to a Magistrate Judge Laurel Beeler for a settlement

24            conference pursuant to ADR Local Rule 7-2;

25        (b) Defendants' deadline to answer or respond to Plaintiffs' Complaint shall be stayed for

26            120 days through March 27, 2020 pending completion of the ADR Local Rule 7-2

27            referral;

28

1       (c) the currently scheduled January 21, 2020 case management conference shall be

2           continued until a date after March 27, 2020 to be set by the Court by separate order;

3           and

4       (d) the matter shall otherwise be stayed in its entirety for 120 days through March 27,

5           2020.

6

7

8   DATED:  November 25, 2019           PAUL HASTINGS LLP

9

10                               By: _____*/s/ Sean D. Unger_____
                                                  SEAN D. UNGER

11                               Attorney for Defendants

12                               Chime Financial, Inc. and The Bancorp Inc.

13

14  DATED:  November 25, 2019           DAVIS WRIGHT TREMAINE LLP

15

16                               By: _____/s/ Fred B. Burnside_____
                                                  FRED B. BURNSIDE

17                               Attorney for Defendant

18                               Galileo Financial Technologies, Inc

19

20  DATED:  November 25, 2019           MORGAN & MORGAN COMPLEX
                             LITIGATION GROUP

21

22

23                               By: _____/s/ John A. Yanchunis_____
                                                  JOHN A. YANCHUNIS

24                               Attorney for Plaintiffs

25                               Ryan Richards, Ruba Ayoub, Brandy Terbay,
                             Tracy Cummings

26

27  _____

28  * Consistent with Local Rule 5-1(i)(3), counsel represents that he has obtained consent to add the
e-signatures from those counsel listed in the signature lines.

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

4   Date: _____    _____
                                              Haywood S. Gilliam, Jr.
5                                             United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28