THOMAS P. BROWN (SB# 182916)
tombrown@paulhastings.com
SEAN D. UNGER (SB# 231694)
seanunger@paulhastings.com
ABIGAIL H. WALD (SB# 309110)
abigailwald@paulhastings.com
PAUL HASTINGS LLP
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone: 1(415) 856-7000
Facsimile: 1(415) 856-7100

Attorneys for Defendants
CHIME FINANCIAL, INC. and
THE BANCORP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RYAN RICHARDS, RUBA AYOUB, BRANDY TERBAY AND TRACY CUMMINGS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHIME FINANCIAL, INC., GALILEO FINANCIAL TECHNOLOGIES, INC., and THE BANCORP INC.,<br><br>Defendants. | Case No. 4:19-cv-06864-HSG<br><br>**STIPULATION AND ORDER FOR STAY PENDING SETTLEMENT CONFERENCE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Complaint Filed: October 22, 2019 |

Pursuant to the United States District Court, Northern District of California Civil Local Rules 7-12 and 16-8(c), Plaintiffs Ryan Richards, Ruba Ayoub, Brandy Terbay and Tracy Cummings ("Plaintiffs"), and Defendants Chime Financial, Inc., Galileo Financial Technologies, Inc., and The Bancorp Inc. (collectively, "Defendants"), by and through their respective counsel, stipulate and agree as follows:

1. WHEREAS, Plaintiffs filed their initial Complaint on October 22, 2019, and Defendants have either been served or agreed to accept service;

2. WHEREAS, the parties have met and conferred and consistent with the Northern District of California's Local ADR rules, have agreed to request a referral to a Magistrate Judge for a settlement conference pursuant to ADR Local Rule 7-2 in advance of the initial case management conference pursuant to Local Civil Rule 16-8(a);

3. WHEREAS, in an effort to conserve both court and party resources during the ADR Local Rule 7-2 referral, the parties agree: (a) to request to stay the deadline on Defendants' time to answer or respond to Plaintiffs' Complaint for approximately 120 days through March 27, 2020 pending completion of the ADR Local Rule 7-2 referral; (b) to request to continue the currently scheduled January 21, 2020 case management conference until a date after March 27, 2020; and (c) to request that the matter otherwise be stayed in its entirety for approximately 120 days through March 27, 2020 pending completion of the ADR Local Rule 7-2 referral;

4. WHEREAS, the parties have agreed to request Magistrate Judge Laurel Beeler as their settlement conference judge;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

(a) This matter shall be referred to a Magistrate Judge Laurel Beeler for a settlement conference pursuant to ADR Local Rule 7-2;

(b) Defendants' deadline to answer or respond to Plaintiffs' Complaint shall be stayed for 120 days through March 27, 2020 pending completion of the ADR Local Rule 7-2 referral;

(c) the currently scheduled January 21, 2020 case management conference shall be continued until a date after March 27, 2020 to be set by the Court by separate order; and

(d) the matter shall otherwise be stayed in its entirety for 120 days through March 27, 2020.

DATED: November 25, 2019         PAUL HASTINGS LLP

By: _____*/s/ Sean D. Unger_____
SEAN D. UNGER

Attorney for Defendants
Chime Financial, Inc. and The Bancorp Inc.

DATED: November 25, 2019         DAVIS WRIGHT TREMAINE LLP

By: _____/s/ Fred B. Burnside_____
FRED B. BURNSIDE

Attorney for Defendant
Galileo Financial Technologies, Inc

DATED: November 25, 2019         MORGAN & MORGAN COMPLEX LITIGATION GROUP

By: _____/s/ John A. Yanchunis_____
JOHN A. YANCHUNIS

Attorney for Plaintiffs
Ryan Richards, Ruba Ayoub, Brandy Terbay, Tracy Cummings

---

* Consistent with Local Rule 5-1(i)(3), counsel represents that he has obtained consent to add the e-signatures from those counsel listed in the signature lines.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 11/26/2019

_Haywood S. Gilliam, Jr._
Haywood S. Gilliam, Jr.
United States District Judge