Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

RYAN RICHARDS, et al.,                    )    Case No: 4:19-cv-06864-HSG
                                          )
                        Plaintiff(s),     )    **APPLICATION FOR**
                                          )    **ADMISSION OF ATTORNEY**
            v.                            )    **PRO HAC VICE** ; **ORDER**
                                          )
CHIME FINANCIAL, INC., et al.,            )    (CIVIL LOCAL RULE 11-3)
                                          )
                        Defendant(s).     )

I, John A. Yanchunis , an active member in good standing of the bar of Florida , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Ryan Richards, et al. in the above-entitled action. My local co-counsel in this case is Joshua H. Watson , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 238058

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602 | 865 Howe Ave<br>Sacramento, CA 95825 |
| MY TELEPHONE # OF RECORD:<br>(813) 223-5505 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(916) 777-7777 |
| MY EMAIL ADDRESS OF RECORD:<br>jyanchunis@forthepeople.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jwatson@justice4you.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 324681 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/16/2019

_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John A. Yanchunis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/17/2019

_____
UNITED STATES DISTRICT JUDGE



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re: 0324681
John Allen Yanchunis
Morgan & Morgan Complex Litigation Group
201 N Franklin St Fl 7
Tampa, FL 33602-5157

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **July 23, 1981**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 21st day of **November, 2019**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-64970