1  THOMAS P. BROWN  (SB# 182916)
   tombrown@paulhastings.com
2  SEAN D. UNGER  (SB# 231694)
   seanunger@paulhastings.com
3  ABIGAIL H. WALD  (SB# 309110)
   abigailwald@paulhastings.com
4  PAUL HASTINGS LLP
   101 California Street
5  Forty-Eighth Floor
   San Francisco, California  94111
6  Telephone:  1(415) 856-7000
   Facsimile:  1(415) 856-7100

   Attorneys for Defendants
   CHIME FINANCIAL, INC. and
   THE BANCORP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RYAN RICHARDS, RUBA AYOUB, BRANDY TERBAY AND TRACY CUMMINGS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHIME FINANCIAL, INC., GALILEO FINANCIAL TECHNOLOGIES, INC., and THE BANCORP INC.,<br><br>Defendants. | Case No. 4:19-cv-06864-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING STAY PENDING SETTLEMENT CONFERENCE**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Complaint Filed:  October 22, 2019 |

Case No. 4:19-cv-06864-HSG

STIPULATION AND [PROPOSED] ORDER
EXTENDING STAY PENDING
SETTLEMENT CONFERENCE

Pursuant to the United States District Court, Northern District of California Civil Local Rules 7-12 and 16-8(c), Plaintiffs Ryan Richards, Ruba Ayoub, Brandy Terbay and Tracy Cummings ("Plaintiffs"), and Defendants Chime Financial, Inc., Galileo Financial Technologies, Inc., and The Bancorp Inc. (collectively, "Defendants"), by and through their respective counsel, stipulate and agree as follows:

1. WHEREAS, Plaintiffs filed their initial Complaint on October 22, 2019, and Defendants have either been served or agreed to accept service;

2. WHEREAS, the parties have been referred to Magistrate Judge Laurel Beeler for a settlement conference pursuant to ADR Local Rule 7-2 in advance of the initial case management conference pursuant to Local Civil Rule 16-8(a), and such conference was scheduled for April 1, 2020;

3. WHEREAS, the matter was stayed until such settlement conference is complete;

4. WHEREAS, on March 16, 2020, the Court gave notice to the parties that no in-person settlement conferences could be completed through at least April 17, 2020;

5. WHEREAS, the parties have met and conferred and agree to take the April 1, 2020 conference off-calendar in order to continue informal settlement negotiations until May 5, 2020, and therefore request that a final settlement conference be scheduled on such date or as soon thereafter as Judge Beeler is available (excluding May 6) to hold such a conference;

6. WHEREAS, the parties now agree that more time is needed to complete the settlement conference referral and an extension of the stay currently in place is therefore justified under the circumstances;

7. WHEREAS, in an effort to conserve both court and party resources during the ADR Local Rule 7-2 referral, the parties agree: (a) to request to extend the stay of the deadline on Defendants' time to answer or respond to Plaintiffs' Complaint through May 5, 2020 pending completion of the ADR Local Rule 7-2 referral; (b) to request to further continue the case management conference until a date after May 5, 2020; and (c) to request that the matter otherwise be further stayed in its entirety through May 5, 2020 pending completion of the ADR

1 Local Rule 7-2 referral and shall continue thereafter if the Court is not available on May 5th for a
2 conference until such time as the Court is available;
3     NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
4 through their respective counsel, that:

    (a) The stay in this matter shall be lifted for the sole purpose of entering this stipulated Order;

    (b) Defendants' deadline to answer or respond to Plaintiffs' Complaint shall be stayed through May 5, 2020 pending completion of the ADR Local Rule 7-2 referral and shall continue to be stayed thereafter if Judge Beeler is not available for an ADR Local Rule 7-2 conference until such time as she has completed the ADR Local Rule 7-2 referral;

    (c) the case management conference shall be continued until a date after May 5, 2020 to be set by the Court by separate order; and

    (d) the matter shall otherwise be stayed in its entirety through May 5, 2020 and shall continue to be stayed thereafter until Judge Beeler completes the ADR Local Rule 7-2 referral.

DATED: March 19, 2020                                PAUL HASTINGS LLP

                                                       By:      */s/ Thomas P. Brown*[*]
                                                                 THOMAS P. BROWN

                                                       Attorney for Defendants
                                                       Chime Financial, Inc. and The Bancorp Inc.

---

[*] Consistent with Local Rule 5-1(i)(3), counsel represents that he has obtained consent to add the e-signatures from those counsel listed in the signature lines.

| | |
|---|---|
| DATED: March 19, 2020 | DAVIS WRIGHT TREMAINE LLP |
| | By: _____/s/ Fred B. Burnside_____<br>FRED B. BURNSIDE |
| | Attorney for Defendant<br>Galileo Financial Technologies, Inc |
| DATED: March 19, 2020 | MORGAN & MORGAN COMPLEX LITIGATION GROUP |
| | By: _____/s/ John A. Yanchunis_____<br>JOHN A. YANCHUNIS |
| | Attorney for Plaintiffs<br>Ryan Richards, Ruba Ayoub, Brandy Terbay, Tracy Cummings |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 3/20/2020

_____
Haywood S. Gilliam, Jr.
United States District Judge