# Exhibit 1

*Richards, et al. v Chime Financial, Inc., Case No. 4:19-cv-06864* (N.D. Cal.)
Chime Settlement

## CLAIM FORM

**IN ORDER TO BE VALID, THIS CLAIM FORM MUST BE RECEIVED ONLINE OR POSTMARKED NO LATER THAN ____.**

***ATTENTION***: *This Claim Form is to be used to apply for reimbursement of losses due to the intermittent disruption in service that some accountholders experienced for portions of a period of time between October 16, 2019, and October 19, 2019. In order to submit a Claim, you must have been identified as a potential Settlement Class Member from Defendants' business records and received E-Mailed Notice of this Settlement with a Claim Number. If you submit proof of your losses, you may qualify for a payment of up to $750.00. If you do not have documents to support your losses, you may qualify for a payment of up to $25.00.* ***PLEASE BE ADVISED*** *that any documentation you provide must be submitted* ***WITH*** *this Claim Form.* ***If you are unable to electronically upload a copy of your documents to the Settlement Website, you will need to mail a printed Claim Form along with your documentation to the Settlement Administrator. If you are unable to print this form, please call [Insert Number] to have a blank Claim Form mailed to you rather than completing this Claim Form online.***

## REGISTRATION

First Name:                                                    MI:        Last Name:

Mailing Address:

City:                                                                    State:        ZIP Code:

Telephone Number:

**Please provide the Claim Number identified in the notice that was e-mailed to you:**

(You do not need a Claim Number to file this Claim Form, but you must have been issued a Claim Number to be a Settlement Class Member.)

*Instructions. Please follow the instructions below and answer the questions as instructed.*

1

## CLAIM INFORMATION

*Section A. Confirm Your Eligibility*

**Did you have a Chime deposit account on October 16, 2019**? ☐ Yes ☐ No

> *If yes, continue to the next question. If no, you are not a member of the Settlement Class and do not qualify to file a Claim.*

**Please provide the last four digits of the Chime account number(s) that you held as of October 16, 2019:**

| | | | |
|---|---|---|---|

| | | | |
|---|---|---|---|

| | | | |
|---|---|---|---|

| | | | |
|---|---|---|---|

> *If you had more than one account, you may only submit one Claim Form for losses. For accounts with multiple owners or users, only one Claim may be submitted per account.*

**Did you attempt to use or access Chime account at any time during the time period of October 16, 2019 to October 19, 2019**? ☐ Yes ☐ No

> *If yes, continue to the next question. If no, you do not qualify to file a Claim, but you may still be a Settlement Class Member and qualify for other benefits provided in the Settlement. Those benefits are more fully explained in the Settlement Agreement. Visit ==[Insert Website]== to learn more about the requirements for Settlement Class Membership and the other benefits for which you may qualify.*

*During the time period of October 16, 2019 through October 19, 2019, some accountholders who tried to use their accounts were unable to access or spend their account funds, due to an intermittent disruption in services for portions of a period of time. This event is referred to as the "Service Disruption."*

**When you attempted to use your Chime account to access or spend your account funds during the time period of October 16, 2019 through October 19, 2019, were you unable to do so? For example, were you unable to withdraw money from the account, or were you unable to use the account to make charges or pay for goods or services?** ☐ Yes ☐ No

> *If yes, continue to the next question. If no, you do not qualify to file a Claim, but you may have already received settlement benefits without the need to file a Claim. Those benefits are more fully explained in the Settlement Agreement. Visit ==[Insert Website]== to learn more.*

**Did you suffer any financial expenses or other losses as a result of the Service Disruption? For example, were you charged any late fees on other accounts; did you suffer lost wages; were you evicted from your home; did you borrow money with interest to pay bills; were you charged a return payment fee for an account on auto pay; or did you have your electricity or telephone service turned off?** ☐ Yes ☐ No

> *If yes, continue to the next question. If no, you do not qualify to file a Claim, but you may have already received settlement benefits without the need to file a Claim. Those benefits are more fully explained in the Settlement Agreement. Visit ==[Insert Website]== to learn more*

***Section B. Claims for Losses***

*If it is verified that you attempted to use your Chime account to access or spend your account funds between October 16, 2019 and October 19, 2019, and you were unsuccessful in doing so and suffered a loss as a result, you will be eligible to receive one of two types of payments to compensate you for the losses and inconveniences suffered as a result of the Service Disruption. A claimant who was unable to access his or her funds for reasons unrelated to the Service Disruption—for example, because there were insufficient funds in his or her account—is not a Settlement Cass Member and is not entitled to file a Claim.*

*If it is verified that you meet all of the criteria described in the Settlement Agreement but **<u>do not</u>** have or do not wish to provide documents to prove your losses and the dollar amount of those losses, you will be eligible to receive a payment of up to $25.00.*

*If it is verified that you meet all of the criteria described in the Settlement Agreement, and you **<u>submit</u>** proof of your losses and the dollar amount of those losses, you will be eligible to receive a payment compensating you for your losses of up to **$750.00**. Examples of such proof include receipts, account statements, letters or records from employers confirming payments or losses, and letters from landlords confirming payments or losses.*

*You will only be eligible for one form of payment under this Claims process. If you previously received any payment or reimbursement from Chime to compensate for out-of-pocket expenses resulting from the Service Disruption, your compensation will be reduced by the amount you previously received. All accountholders previously received a $10.00 credit to their accounts made by Chime. Payments under this current Claims process will be reduced by that $10.00 amount for those accountholders.*

*If the total dollar amount of Claims for losses exceeds the limits set by the Settlement Agreement, your Claim payment may be reduced depending on the number of valid Claims received.*

*Payment for your losses will be paid directly to you either by check and sent to the mailing address you provided above, or you may elect to receive payment in the form of a credit to your Chime account subject to the conditions described below.*

**Please select one of the following options**:

☐ I have documents to prove the losses and the dollar amount of the losses I suffered as a result of the Service Disruption <u>and will submit</u> that documentation.

*If you select this option, please skip to Section C.*

☐ I <u>do not</u> have proof of the losses I suffered as a result of the Service Disruption or do not wish to submit those documents. By choosing this option, you will be eligible to receive a payment of up to $25.00 only.

*If you select this option, please continue to the next two instructions.*

**Please provide an explanation of the types of losses and the dollar amount of the losses you suffered as a result of the Service Disruption. <u>You must provide both an explanation AND the dollar amount for this Claim to be processed.</u>**

| Description of the Loss | Date of Loss | Amount |
|---|---|---|
| Example:<br>Late fee charged on electric bill | 0 5 – 1 7 – 1 9<br>MM    DD    YY | $5.50 |
| Example:<br>Return payment fee for car payment on auto pay charged to MoneyCard account | 0 5 – 2 0 – 1 9<br>MM    DD    YY | $25.00 |
| | – –<br>MM    DD    YY | $ ___ • ___ |
| | – –<br>MM    DD    YY | $ ___ • ___ |
| | – –<br>MM    DD    YY | $ ___ • ___ |
| | – –<br>MM    DD    YY | $ ___ • ___ |
| | – –<br>MM    DD    YY | $ ___ • ___ |
| | – –<br>MM    DD    YY | $ ___ • ___ |
| | – –<br>MM    DD    YY | $ ___ • ___ |
| | – –<br>MM    DD    YY | $ ___ • ___ |
| | – –<br>MM    DD    YY | $ ___ • ___ |
| | – –<br>MM    DD    YY | $ ___ • ___ |
| | – –<br>MM    DD    YY | $ ___ • ___ |
| | – –<br>MM    DD    YY | $ ___ • ___ |
| | – –<br>MM    DD    YY | $ ___ • ___ |
| | – –<br>MM    DD    YY | $ ___ • ___ |

*If you completed this section to submit your claim without supporting documentation, please skip Section C and proceed to Section D.*

**Section C. Reimbursement for Documented Losses**

For each loss that you suffered as a result of the Service Disruption, please provide a description of the loss, the date of the loss, the dollar amount of the loss, and the type of documentation you will be submitting to support the loss. **You must provide ALL of this information for this Claim to be processed**.

*Examples of such losses include late fees charged on accounts, declined payment fee, lost wages, eviction from housing, interest fees on money borrowed, and disconnection of electricity or telephone service. These are only examples and do not represent a complete list of losses eligible for compensation. Please provide a description of any loss that you claim was the result of the Service Disruption.*

*Examples of documentation include receipts, account statements showing late charges or fees, letters from your employer or landlord, and notices from utility companies.*

| Description of the Loss | Date of Loss | Amount | Type of Supporting Documentation |
|---|---|---|---|
| Example:<br>Late fee charged on electric bill | 0 5 – 1 7 – 1 9<br>MM   DD   YY | $5.50 | Copy of electric bill showing late fee |
| Example:<br>Return payment fee for car payment on auto pay charged to MoneyCard account | 0 5 – 2 0 – 1 9<br>MM   DD   YY | $25.00 | Copy of billing statement showing fee charged by finance company |
| | ☐☐–☐☐–☐☐<br>MM   DD   YY | $ ☐☐☐☐ • ☐☐ | |
| | ☐☐–☐☐–☐☐<br>MM   DD   YY | $ ☐☐☐☐ • ☐☐ | |
| | ☐☐–☐☐–☐☐<br>MM   DD   YY | $ ☐☐☐☐ • ☐☐ | |
| | ☐☐–☐☐–☐☐<br>MM   DD   YY | $ ☐☐☐☐ • ☐☐ | |
| | ☐☐–☐☐–☐☐<br>MM   DD   YY | $ ☐☐☐☐ • ☐☐ | |
| | ☐☐–☐☐–☐☐<br>MM   DD   YY | $ ☐☐☐☐ • ☐☐ | |
| | ☐☐–☐☐–☐☐<br>MM   DD   YY | $ ☐☐☐☐ • ☐☐ | |
| | ☐☐–☐☐–☐☐<br>MM   DD   YY | $ ☐☐☐☐ • ☐☐ | |
| | ☐☐–☐☐–☐☐<br>MM   DD   YY | $ ☐☐☐☐ • ☐☐ | |
| | ☐☐–☐☐–☐☐<br>MM   DD   YY | $ ☐☐☐☐ • ☐☐ | |
| | ☐☐–☐☐–☐☐<br>MM   DD   YY | $ ☐☐☐☐ • ☐☐ | |

**Additional Information**

If you believe that there is additional information related to your losses that would be helpful for the evaluation of your Claim, please explain:

_____

_____

_____

_____

**Submitting Documents/Proof of Losses**

Supporting documents may be submitted either electronically or in paper form. However, your Claim Form must be submitted in the same manner as your documentation.

If you wish to submit your supporting documents electronically, please do so as part of this Claim Form at [Insert Website] and provide the additional information required below.

If you wish to submit your supporting documentation in paper form, **DO NOT SUBMIT THIS CLAIM FORM ELECTRONICALLY**. Instead, please print out the completed Claim Form, sign it, and mail it along with a copy of your documents as discussed below. If you are unable to print a copy of the completed Claim Form, please call [Insert Number] to request a blank Claim Form be mailed to you.

Please provide only copies of your supporting documents and keep all originals for your personal files. The Settlement Administrator will have no obligation to return any supporting documentation to you. A copy of the Settlement Administrator's privacy policy is available at [Insert Website]. With the exception of your Chime account number, name, and address, supporting documentation will not be provided to the Defendants in this action.

**If you elect to proceed with a Claim under Section C but fail to submit proof of your losses, your Claim will be processed as if you elected to file a Claim under Section B without documentation, and you will be eligible only for the payment of up to $25.00.**

**Section D. Payment Option Selection**

You have two options for receiving the payment for your losses under this Settlement. Payment for your losses may be paid in the form of a credit to an active Chime account or by check sent to the mailing address you provided above. Please choose one payment option:

☐   I prefer to receive my payment for losses in the form of a credit to my Chime account. The last four digits of the card to use for this credit are as follows: ☐ ☐ ☐ ☐

☐   I prefer to receive my payment for losses in the form of a check sent to the mailing address provided above.

To have your payment loaded onto the card you have indicated, the name and the address you have provided on this form must match the information Chime has on file associated with that account. If, for any reason, Chime is unable to verify that information or if Chime's records show at the time the payment is to be made that the account is no longer active, your payment will be made by check sent to the address on this Claim Form.

**Section E. Settlement Class Member Affirmation**

By submitting this Claim Form and checking the box below, I declare that I had a Chime account, and that I attempted to access or spend my account funds between October 16, 2019 and October 19, 2019 and was unsuccessful in doing so and suffered a loss as a result.

I understand that my Claim and the information provided above will be subject to verification.

I also understand that I may not be entitled to recover under this Settlement if I am employed by and/or affiliated with the Judge or Magistrate presiding over this action, and/or am employed by any of the Defendants or anyone acting on their behalf.

<u>By submitting this Claim Form, I hereby also declare under penalty of perjury under the law of the United States of America that the information provided in this Claim Form is true and correct. I further certify that any documentation that I have submitted in support of my Claim consists of unaltered documents in my possession.</u>

☐ **Yes, I understand that I am submitting this Claim Form and the affirmations it makes under the penalty of perjury. I further understand that my failure to check this box may render my Claim null and void.**

You have two options for submitting this Claim Form. Please do not submit the Claim Form twice. You may either submit the Claim Form electronically, or you may print the Claim Form, sign it, and mail it to the Settlement Administrator at the following address:

[Insert Address]

**If you are submitting supporting documents by mail, you must also submit the Claim Form by mail.**

Please include your name in both the Signature and Printed Name fields below.

Signature: _____   Date: ⬚⬚ – ⬚⬚ – ⬚⬚
                                              MM      DD      YY

Printed Name: _____

<b>IN ORDER TO BE VALID, THIS CLAIM FORM MUST BE RECEIVED ONLINE OR POSTMARKED NO LATER THAN [Insert Date].</b>