THOMAS P. BROWN  (SB# 182916)
tombrown@paulhastings.com
SEAN D. UNGER  (SB# 231694)
seanunger@paulhastings.com
ABIGAIL H. WALD  (SB# 309110)
abigailwald@paulhastings.com
PAUL HASTINGS LLP
101 California Street
Forty-Eighth Floor
San Francisco, California  94111
Telephone:  1(415) 856-7000
Facsimile:  1(415) 856-7100

Attorneys for Defendants
CHIME FINANCIAL, INC. and
THE BANCORP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RYAN RICHARDS, RUBA AYOUB, BRANDY TERBAY AND TRACY CUMMINGS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHIME FINANCIAL, INC., GALILEO FINANCIAL TECHNOLOGIES, INC., and THE BANCORP INC.,<br><br>Defendants. | Case No. 4:19-cv-06864-HSG<br><br>**DEFENDANTS' JOINT STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:       September 24, 2020<br>Time:       2:00 P.M.<br>Judge:      Hon. Haywood S. Gilliam, Jr.<br>Complaint Filed:  September 3, 2019 |

Pursuant to Civil L.R. 7-3(b), Defendants Chime Financial, Inc. ("Chime"), The Bancorp Inc. ("Bancorp") and Galileo Financial Technologies, LLC (formerly known as Galileo Technologies, Inc.) ("Galileo") (collectively, "Defendants") write to confirm that they do not oppose the relief requested in Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. Dkt. No. 40.[1]

DATED: August 21, 2020          PAUL HASTINGS LLP


By:  *s/ Thomas P. Brown*[2]
         Thomas P. Brown

Attorneys for Defendants
CHIME FINANCIAL, INC. and
THE BANCORP INC.

DATED: August 21, 2020          DAVIS WRIGHT TREMAINE LLP


By:  *s/ Frederick B. Burnside*
         Frederick B. Burnside

Attorneys for Defendant
GALILEO FINANCIAL TECHNOLOGIES, LLC (formerly known as Galileo Technologies, Inc.)

---

[1] For the avoidance of doubt, and as confirmed in the Settlement Agreement, see Dkt. No. 40-1, Defendants "dispute the claims alleged in the Actions and do not by [entering into the] Agreement, or otherwise admit any liability or wrongdoing of any kind."

[2] Consistent with Local Rule 5-1(i)(3), counsel represents that he has obtained consent to add the e-signatures from those counsel listed in the signature lines.