John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Patrick Barthle (*pro hac vice*)
pbarthle@forthepeople.com
Morgan & Morgan Complex Litigation Group
201 North Franklin Street 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RICHARDS, RUBA AYOUB, BRANDY TERBAY AND TRACY CUMMINGS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHIME FINANCIAL, INC., GALILEO FINANCIAL TECHNOLOGIES, INC., and THE BANCORP INC.,<br><br>Defendants. | Case No. 4:19-cv-06864-HSG<br><br>**STIPULATION REGARDING SETTLEMENT SCHEDULE OF DATES**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr.<br>Complaint Filed:   October 22, 2019 |

Pursuant to the Court's Order Granting Motion for Preliminary Approval (Dkt. No. 46), the parties were ordered to meet and confer and stipulate to a schedule of dates for each event listed below. The stipulated dates are below:

| Event | Date |
| --- | --- |
| Deadline for Settlement Administrator to mail notice to all putative Class Members | December 1, 2020 |
| Filing deadline for attorneys' fees and costs motion | December 30, 2020 |
| Filing deadline for incentive payment motion | December 30, 2020 |
| Deadline for Class Members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment | January 20, 2021 |
| Filing deadline for final approval motion | March 1, 2021 |
| Claims period end | February 14, 2021 |
| Final fairness hearing and hearing on motions | At the Court's discretion after March 1, 2021 (other than March 25, 26) |

IT IS SO STIPULATED.

DATED: November 3, 2020         MORGAN AND MORGAN, P.A.


By:  _____/s/ John A. Yanchunis[*]_____
         JOHN A. YANCHUNIS

Attorney for Plaintiffs
Ryan Richards, Ruba Ayoub, Brandy Terbay, and Tracy Cummings


DATED: November 3, 2020         PAUL HASTINGS LLP


By:  _____/s/ Sean D. Unger_____
         SEAN D. UNGER

Attorney for Defendants
Chime Financial, Inc. and The Bancorp Inc.

---

[*] Consistent with Local Rule 5-1(i)(3), counsel represents that he has obtained consent to add the e-signatures from those counsel listed in the signature lines.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 3, 2020 | DAVIS WRIGHT TREMAINE LLP |
| 3 | | |
| 4 | | |
| 5 | | By:      /s/ Frederick B. Burnside<br>FREDERICK B. BURNSIDE |
| 6 | | Attorney for Defendant |
| 7 | | Galileo Financial Technologies, LLC (formerly known as Galileo Financial Technologies, Inc.) |

Case No. 4:19-cv-06864-HSG     - 3 -     STIPULATION REGARDING SETTLEMENT SCHEDULE OF DATES