John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Morgan & Morgan Complex Litigation Group
201 North Franklin Street 7th Floor
Tampa, Florida 33602
(813) 223-5505 (tel)
(813) 223-5402 (fax)

Joshua H. Watson
**CLAYEO C. ARNOLD, APC**
865 Howe Ave
Sacramento, CA 95825

*Counsel for Plaintiffs and the Punitive Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN RICHARDS, RUBA AYOUB, BRANDY TERBAY AND TRACY CUMMINGS, on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>CHIME FINANCIAL, INC., GALILEO FINANCIAL TECHNOLOGIES, INC., and THE BANCORP INC.,<br><br>　　　Defendants. | **CASE NO. 4:19-cv-06864**<br><br>**NOTICE OF FILING SETTLEMENT ADMINISTRATOR'S DECLARATION** |

1 | Pursuant to the Court's instruction at the initial Final Approval Hearing in this matter, held on April 1, 2021, (ECF No. 61), Plaintiffs Ryan Richards, Ruba Ayoub, Brandy Terbay, and Tracy Cummings ("Plaintiffs"), hereby give notice of the filing of the attached Declaration of the Settlement Administrator.

DATED:  April 28, 2021

MORGAN & MORGAN COMPLEX LITIGATION GROUP

By:      /s/ John A. Yanchunis
        JOHN. A YANCHUNIS

Attorneys for Plaintiffs and the Punitive Class